HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
DAVID ALLEN JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALLEN JONES,<br><br>Defendant. | Case No.  1:20-cr-00115-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 24, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, THOMAS M. NEWMAN, Assistant United States Attorney, counsel for plaintiff, and MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen Jones, that the status conference scheduled for August 10, 2020 may be continued to August 24, 2020, at 2:00 p.m.

The parties require additional time to exchange and review discovery and engage in plea negotiations.  Mr. Jones also requests additional time for defense investigation.

The parties agree that time should be excluded through August 24, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and

(iv).

                                                      Respectfully submitted,

                                                      McGREGOR W. SCOTT
United States Attorney

DATED: August 5, 2020        By:        */s/ Thomas M. Newman*
Thomas M. Newman
Assistant United States Attorney
Attorney for Plaintiff

                                                      HEATHER E. WILLIAMS
Federal Defender

DATED: August 5, 2020        By:        */s/ Meghan D. McLoughlin*
Meghan D. McLoughlin
Assistant Federal Defender
Attorney for Defendant
DAVID ALLEN JONES

## ORDER

IT IS ORDERED that the status hearing is continued from August 10, 2020, at 1:00 PM until **August 24, 2020, at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from August 10, 2020, through August 24, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**August 5, 2020**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE