1  HEATHER E. WILLIAMS, State Bar No. 122664
   Federal Defender
2  MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561
   Facsimile: (559) 487-5950
5
   Attorneys for Defendant
6  DAVID ALLEN JONES

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:20-cr-00115-DAD-BAM

12                      Plaintiff,
                                       STIPULATION AND ORDER
13          vs.                        TO CONTINUE STATUS CONFERENCE

14  DAVID ALLEN JONES,                 Date: October 13, 2020
                                       Time: 1:00 p.m.
15                      Defendant.     Judge: Hon. Barbara A. McAuliffe

16

17          **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, THOMAS M. NEWMAN, Assistant United States Attorney, counsel for plaintiff, and

19  MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen

20  Jones, that the status conference scheduled for August 24, 2020 may be continued to October 13,

21  2020, at 1:00 p.m.

22          The parties have been exchanging discovery, but require additional time to exchange

23  further discovery, review all discovery with Mr. Jones, and engage in plea negotiations. Mr.

24  Jones also requests additional time for defense investigation.

25          The parties agree that time should be excluded through October 13, 2020 because there is

26  good cause for the requested continuance and the ends of justice outweigh the interest of the

27  public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is

28  necessary for several reasons, including but not limited to, the need to permit time for the parties

1  to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue

2  its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and

3  (iv).

4

5                  Respectfully submitted,

6                  McGREGOR W. SCOTT
                United States Attorney

7

8  DATED: August 18, 2020    By:    */s/ Thomas M. Newman*
                Thomas M. Newman

9                  Assistant United States Attorney
                Attorney for Plaintiff

10

11                 HEATHER E. WILLIAMS
                Federal Defender

12

13 DATED: August 18, 2020    By:    */s/ Meghan D. McLoughlin*
                Meghan D. McLoughlin

14                 Assistant Federal Defender
                Attorney for Defendant

15                 DAVID ALLEN JONES

1

2

## <u>ORDER</u>

3      IT IS ORDERED that the status hearing is continued from August 24, 2020, at 1:00 PM

4 until **October 13, 2020, at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.**

5      IT IS FURTHER ORDERED THAT the period of time from August 24, 2020, through

6 October 13, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

7 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's

8 finding that the ends of justice served by taking such action outweigh the best interest of the

9 public and the defendant in a speedy trial.

10

11 IT IS SO ORDERED.

12    Dated:   **August 18, 2020**              /s/ Barbara A. McAuliffe

13                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28