1  HEATHER E. WILLIAMS, State Bar No. 122664
   Federal Defender
2  MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561
   Facsimile: (559) 487-5950
5
   Attorneys for Defendant
6  DAVID ALLEN JONES

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No.  1:20-cr-00115-DAD-BAM

12              Plaintiff,

13     vs.                              STIPULATION AND ORDER
                                        TO CONTINUE STATUS CONFERENCE
14 DAVID ALLEN JONES,
                                        Date: December 9, 2020
15              Defendant.              Time: 1:00 p.m.
                                        Judge: Hon. Barbara A. McAuliffe
16

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, THOMAS M. NEWMAN, Assistant United States Attorney, counsel for plaintiff, and

19 MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen

20 Jones, that the status conference scheduled for December 9, 2020 may be continued to January

21 20, 2021, at 1:00 p.m.

22      The parties have been engaging in plea negotiations and have come to a resolution of this

23 matter, and will be requesting a change of plea hearing with the court. The parties require

24 additional time to draft and sign the necessary plea documents and provide those documents to

25 the court.  In addition, the defense is continuing to review discovery in this matter and needs

26 time to do so.

27      For these reasons, parties agree that time should be excluded through January 20, 2021

28 because there is good cause for the requested continuance and the ends of justice outweigh the

1    interest of the public and the defendant in a speedy trial.  Specifically, given that the parties have

2    come to a negotiated resolution, Mr. Jones intends to enter a plea of guilty, and the parties

3    require more time to execute the required plea documents and review all final discovery, the

4    parties agree that this continuance is necessary, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

5    3161(h)(7)(B)(i) and (iv).

6

7                                              Respectfully submitted,

8                                              McGREGOR W. SCOTT
                                               United States Attorney
9

10   DATED: December 2, 2020        By:    /s/ Thomas M. Newman
                                           Thomas M. Newman
11                                         Assistant United States Attorney
                                           Attorney for Plaintiff
12

13                                         HEATHER E. WILLIAMS
                                           Federal Defender
14

15   DATED: December 2, 2020        By:    /s/ Meghan D. McLoughlin
                                           Meghan D. McLoughlin
16                                         Assistant Federal Defender
                                           Attorney for Defendant
17                                         DAVID ALLEN JONES

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS SO ORDERED that the status conference is continued from December 9, 2020, to **January 13, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **December 2, 2020**        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE