# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ALLEN JONES,<br><br>　　　　　　Defendant. | CASE NO. 1:20-CR-00115-DAD-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On June 17, 2021, the Honorable Jon Skiles, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of *People v. David Allen Jones*, F20902494. The defendant's appearance before the state court judge is necessary on June 30, 2021 at 9:00 a.m. for a status or "preliminary" hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. Their next appearance before the United States District Court is scheduled for July 20, 2021 at 9am for sentencing. It appearing that the defendant needs to be present for a hearing in the state actions, and that the next court appearance in the above-entitled case will be on June 30, 2021:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on June 30, 2021, for purposes of his presence at the hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on June 30, 2021.

The Court further authorizes that the Fresno County Sheriff's Office or their designated agents may produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service, if the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. Under no circumstances is the named

defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: __**June 22, 2021**__  /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE