1 HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
2 MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
3 Office of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 DAVID ALLEN JONES

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00115-DAD-BAM |
|---|---|
12 | Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO DELANCEY STREET** |
13 | vs. | |
14 | DAVID ALLEN JONES, | |
15 | Defendant. | |

16

17       IT IS HEREBY ORDERED that defendant David Allen Jones (Fresno County Sheriff's

18 Office JID No. 1484671) shall be released from the Fresno County Jail on Thursday, July 22,

19 2021 at 7:00 a.m. and immediately and directly transported to the Delancey Street Foundation

20 residential rehabilitation program, 600 Embarcadero, San Francisco, for an intake interview for

21 the program's two-year residential program. To ensure his safe and immediate transport to

22 Delancey Street, the Jail will release Mr. Jones only to the custody of Kevin Mitchel, Federal

23 Defender Office representative. Mr. Mitchel agrees to transport Mr. Jones directly to the

24 Delancey Street program

25       If Mr. Jones is accepted into the program, and if he chooses to enroll in the program, Mr.

26 Jones will remain at Delancey Street to participate in the program. If Mr. Jones is not accepted

27 into the program, or if he chooses to not enroll in the program, Mr. Mitchel will immediately and

28 directly return Mr. Jones to the Fresno County Jail by no later than 11:00 p.m. on July 22, 2021.

While enrolled in the program, Mr. Jones is ordered to participate and remain in the program until he satisfies the requirements of the two-year residential program, or until further order of this Court, whichever occurs first. During this time, Mr. Jones will be subject to the following conditions of release:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency upon your arrival at the Delancey Street Program;

3. You must restrict your travel to Northern District of California and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

4. Report any contact with law enforcement to your Pretrial Services Officer within 24 hours;

5. You must reside and participate in the substance abuse treatment program at Delancey Street Foundation inpatient facility, in San Francisco, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. Upon successful completion of the Delancey Street Program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. Upon successful completion of the Delancey Street Program, you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without prior approval of the PSO; and

11. Your release is delayed until July 22, 2021 at which time you will be released from the Fresno County Jail directly to Kevin Mitchel from the Federal Defender's Office, for immediate transportation to the Delancey Street Program in San Francisco.

A copy of this Order will be provided to Mr. Jones upon his release.

If Mr. Jones voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his pretrial services officer and follow all instructions given by that officer.

IT IS SO ORDERED.

Dated: **July 20, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE