HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID ALLEN JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00115-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DAVID ALLEN JONES, | Date: February 14, 2022 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, STEPHANIE STOKMAN, Assistant United States Attorney, counsel for plaintiff, and MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen Jones, that the status conference scheduled for February 14, 2022 may be continued to August 15, 2022 at 10:00 a.m.

The parties appeared for sentencing in this case on July 20, 2021, at which time the Court continued sentencing proceedings and released Mr. Jones to the custody of The Delancey Street Foundation in San Francisco, California, while under the supervision of pretrial services. *See* Minutes, 7/20/2021, ECF No. 54. The matter was then set for a status conference on February 14, 2022 at 10:00 a.m. in order to inform the Court of Mr. Jones' progress in the Delancey Street program and to address any violations of his conditions of release.

In preparation for the status conference, the parties have conferred with Pretrial Services

Officer Jessica McConville, who reports that Mr. Jones continues to participate in the Delancey Street program with no known violations of his pretrial conditions to date. Because Mr. Jones is active in the program and in good standing, the parties now stipulate that the status conference set for February 14, 2022 should be continued for another six months, or until August 15, 2022, in order for Mr. Jones to participate in the program and to update the Court on his progress and any violations at that time.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 9, 2022      By:    */s/ Meghan D. McLoughlin*
                                    Meghan D. McLoughlin
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DAVID ALLEN JONES


DATED: February 9, 2022      By:    */s/ Stephanie Stokman*
                                    Stephanie Stokman
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS ORDERED that the status hearing is continued from February 14, 2022, at 10:00 a.m. until August 15, 2022, at 10:00 a.m..

IT IS SO ORDERED.

Dated:    **February 9, 2022**

UNITED STATES DISTRICT JUDGE