HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID ALLEN JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DAVID ALLEN JONES,<br><br>                    Defendant. | Case No.  1:20-cr-00115-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 15, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, STEPHANIE STOKMAN, Assistant United States Attorney, counsel for plaintiff, and MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen Jones, that the status conference scheduled for August 15, 2022 may be continued to February 13, 2023 at 10:00 a.m.

The parties appeared for sentencing in this case on July 20, 2021, at which time the Court continued sentencing proceedings and released Mr. Jones to the custody of The Delancey Street Foundation in San Francisco, California, while under the supervision of pretrial services. *See* Minutes, 7/20/2021, ECF No. 54. The matter was then set for a status conference on February 14, 2022 at 10:00 a.m. in order to inform the Court of Mr. Jones' progress in the Delancey Street program and to address any violations of his conditions of release. Because there were no issues to address and Mr. Jones remained compliant with his conditions, the status conference was

continued to August 15, 2022. *See* ECF No. 57.

It appears that Mr. Jones continues to be active in the Delancey Street program and in good standing, and the parties are not aware of any violations of his conditions of release. As a result, the parties now stipulate that the status conference set for August 15, 2022 should be continued for another six months, or until February 13, 2023, in order for Mr. Jones to participate in the program and to update the Court on his progress and any violations at that time.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 10, 2022          By:   */s/ Meghan D. McLoughlin*
                                      Meghan D. McLoughlin
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DAVID ALLEN JONES


DATED: August 10, 2022          By:   */s/ Stephanie Stokman*
                                      Stephanie Stokman
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, the status hearing in this case is hereby continued from August 15, 2022, at 10:00 a.m. until February 13, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 10, 2022**                    _____
                                                UNITED STATES DISTRICT JUDGE