HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID ALLEN JONES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00115-ADA-BAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DAVID ALLEN JONES, | Date: February 13, 2023 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, STEPHANIE STOKMAN, Assistant United States Attorney, counsel for plaintiff, and MEGHAN D. McLOUGHLIN, Assistant Federal Defender, counsel for defendant David Allen Jones, that the status conference scheduled for February 13, 2023, at 10:00 a.m. may be continued to August 7, 2023.

The parties appeared for sentencing in this case on July 20, 2021, at which time the Court continued sentencing proceedings and released Mr. Jones to the custody of The Delancey Street Foundation in San Francisco, California, while under the supervision of pretrial services. *See* Minutes, 7/20/2021, ECF No. 54. The matter was then set for a status conference on February 14, 2022, at 10:00 a.m. in order to inform the Court of Mr. Jones' progress in the Delancey Street program and to address any violations of his conditions of release. Because there were no issues to address and Mr. Jones remained compliant with his conditions, the status conference was

continued to August 15, 2022. *See* ECF No. 57. For the same reasons, the status set for August 15, 2022 was continued to February 13, 2023. *See* ECF No. 59.

It appears that Mr. Jones continues to be active in the Delancey Street program and in good standing, and the parties are not aware of any violations of his conditions of release. As a result, the parties now stipulate that the status conference set for February 13, 2023 should be continued for another six months, or until August 7, 2023, in order for Mr. Jones to complete the program and to update the Court on his progress and any violations at that time.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 5, 2023        By:    */s/ Meghan D. McLoughlin*
                                      Meghan D. McLoughlin
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DAVID ALLEN JONES


DATED: February 5, 2023        By:    */s/ Stephanie Stokman*
                                      Stephanie Stokman
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**ORDER**

IT IS ORDERED that the status hearing is continued from February 13, 2023, at 10:00 a.m. until August 7, 2023, at 8:30 a.m..

IT IS SO ORDERED.

Dated:   February 5, 2023                          _____
                                                   UNITED STATES DISTRICT JUDGE

-2-