1   HEATHER E. WILLIAMS, State Bar No. 122664
    Federal Defender
2   MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
    Assistant Federal Defenders
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: (916) 498-5700
    Fax: (916) 498-5710
5
    Attorneys for Defendant
6   DAVID ALLEN JONES

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:20-cr-00115-ADA-BAM

12                     Plaintiff,

13          vs.                            JOINT STATUS REPORT; STIPULATION
                                           AND ORDER TO VACATE STATUS
14  DAVID ALLEN JONES,                     CONFERENCE AND SET
                                           SENTENCING HEARING
15                     Defendant.
                                           Date: August 7, 2023
16                                         Time: 8:30 a.m.
                                           Judge: Hon. Ana de Alba
17                       **JOINT STATUS REPORT**

18          Defendant David Allen Jones, by and through his counsel Meghan D. McLoughlin,

19  Assistant Federal Defender, and the United States, by and through its counsel Stephanie

20  Stokman, Assistant United States Attorney, hereby file this joint status report to update the Court

21  in advance of the status conference set for August 7, 2023 at 8:30 a.m.

22          The parties appeared for sentencing in this case on July 20, 2021, at which time the Court

23  continued sentencing proceedings and released Mr. Jones to the custody of The Delancey Street

24  Foundation in San Francisco, California, while under the supervision of pretrial services. *See*

25  Minutes, 7/20/2021, ECF No. 54. The matter was then set for a several status conferences in

26  order to periodically inform the Court of Mr. Jones' progress in the Delancey Street program and

27  to address any violations of his conditions of release. Mr. Jones has remained in the program and

28  otherwise been compliant since his release. Indeed, as of July 31, 2023 he has completed the

1    program entirely. He is also currently employed and has secured approved, transitional housing

2    upon his graduation from Delancey Street. As a result, the parties are now prepared to proceed to

3    sentencing.

4                                          **STIPULATION**

5         **IT IS HEREBY STIPULATED** by and between the parties through their respective

6    counsel, that the status conference scheduled for August 7, 2023 may be VACATED and this

7    matter may be set for sentencing on September 11, 2023 at 8:30 a.m.

8         As stated above in their *Joint Status Report*, the parties appeared for sentencing in this

9    case on July 20, 2021, at which time the Court continued sentencing proceedings and released

10   Mr. Jones to the custody of The Delancey Street Foundation in San Francisco, California, while

11   under the supervision of pretrial services. *See* Minutes, 7/20/2021, ECF No. 54. This matter has

12   been continued since that time in order for Mr. Jones to complete the program. At this time, Mr.

13   Jones has completed the program and the parties are ready to proceed to sentencing, and

14   therefore stipulate that the August 7, 2023 status conference should be vacated, and this matter

15   set for sentencing on September 11, 2023 at 8:30 a.m.

16                                    Respectfully submitted,

17                                    HEATHER E. WILLIAMS
18                                    Federal Defender

19
     DATED: August 2, 2023        By:   */s/ Meghan D. McLoughlin*
20                                      Meghan D. McLoughlin
                                        Assistant Federal Defender
21                                      Attorney for Defendant
                                        DAVID ALLEN JONES
22

23
     DATED: August 2, 2023        By:   */s/ Stephanie Stokman*
24                                      Stephanie Stokman
                                        Assistant United States Attorney
25                                      Attorney for Plaintiff

26

27

28

**ORDER**

IT IS ORDERED that the status hearing set for August 7, 2023, at 8:30 a.m. is VACATED, and this matter set for sentencing on September 11, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 2, 2023

_____
UNITED STATES DISTRICT JUDGE